UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

CHRIS W. WILWANT,             ) ED CV 07-718-SH
         Plaintiff,     ) JUDGMENT
vs.                           )
                              )
MICHAEL J. ASTRUE,            )
COMMISSIONER OF SOCIAL        )
SECURITY ADMINISTRATION       )
         Defendant,     )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: July 1, 2008

/ s /
_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE